has Voting History
original registration thru DOTIA Penn Dot App in May 2005
cancelled as not a Citizen in Apr 2012
re-registered thru Mail App in June 2014
Cancelled a second time in Jan 2015 as moved out of county to Mercer Co. now active registered thru Penn Dot

## Voters: Find/Modify Voter

**ALAMOUDI, OTHMAN A**
020551389-02  Cancelled
Security: Not Restricted
Last Changed: 1/25/2015 11:32:42 P
Voter Hall of Fame ☐   Federal Voter ☐

**General** | Districts | Votes | Correspondence | Petitions | Changes | Documents | Other | Application

| ID Number | Application Source | Registered | Status-Reason |
|---|---|---|---|
| 020551389-02 | ML | 06/16/2005 | CANCEL - MOVED OUT OF COUNTY |

5/7/2005    1/25/2015

| Title | Last Name | First Name | Middle Name | Suffix | Maiden Name |
|---|---|---|---|---|---|
|  | ALAMOUDI | OTHMAN | A |  |  |

House #: 1/2  Street Name: [redacted]  Unit:  Unit #:  City: TARENTUM  State: PA  Zip Code: 15084

Address Line 2:  Mail Addr Line 1:  Mail City:  State:  Mail Zip:  Mail Country:

Email Address:

BirthDate: [redacted]  Social Sec:  Driver's Lic: [redacted]  Phone:  U: ☐  Sex: U  Race:  Language:  Assistance:

Party: DEMOCRATIC   Other Party:   Last Voted: 11/04/2014   Must Vote In Person ☐   Poll Worker ☐   Poll Worker Interest ☐

Precinct Split: 2110301-1
TARENTUM 03 0

Record: |◄ ◄ 1 ► ►| of 1

Exhibit A



**ALLEGHENY County**

00000-VOT-030-C

Thursday, September 21, 2017

## Voting History for Voter

ID Number (T) IS 020551389-02

| | | | | | | |
|---|---|---|---|---|---|---|
| **Voter Name:** | ALAMOUDI, OTHMAN A | | | | | |
| **Id Number:** | 020551389-02 | **Date Registered:** 6/16/2005 | | **Voter Status:** | CANCEL - MOVED OUT OF COUNTY | |
| **Date** | **Election** | **Method** | **Party** | **Location** | **Reason** | **Prec Split** |
| 11/04/2014 | 2014 GENERAL ELECTION | AP | D | | | 2110301-1 |

Total Elections for Voter: 1
Total Voters in Report: 1

Exhibit A
Page 1 of 1



Exhibit A



Exhibit A



Exhibit A



Exhibit A

Mercer Co. Voter registration record



Exhibit A

**Voters: Correct Voter**

ALAMOUDI, OTHMAN ABDULRAHMAN   Security: Not Restricted   Last Changed 6/6/2005 12:00:00 A
020551389-02           Cancelled                                    Federal Voter ☐

General | Districts | Votes | Correspondence | Petitions | Changes | Documents | Other | Application

| ID Number: | Application Source: | Registered: | Status-Reason: |
|---|---|---|---|
| 020551389-02 | DOTIA | 06/16/2005 | CANCEL - NOT A CITIZEN |

5/7/2005    4/19/2012

Title:  Last Name: ALAMOUDI   First Name: OTHMAN   Middle Name: ABDULRAHMAN   Suffix:   Maiden Name:    Verify

House #: 1/2   Street Name: [redacted]   Unit:   Unit #:   City: TARENTUM   State: PA   Zip Code: 15084

Address Line 2:   Mail Addr Line 1:   Mail City:   State:   Mail Zip:   Mail Country:

Email Address:

BirthDate: [redacted]   Social Sec: [redacted]   Driver's Lic: [redacted]   Phone:   U: ☐   Sex: U   Race:   Language:   Assistance:

Party: DEMOCRATIC   Other Party:   Last Voted:   ☐ Must Vote In Person   ☐ Poll Worker   ☐ Poll Worker Interest

Precinct Split:
2110301-1   Insert
TARENTUM 03 0   Clear

OK    Cancel

Record: 1 of 1

*No Voting History*

Exhibit A

 **U.S. Citizenship and Immigration Services**

Direct all responses by mail to the office listed below:
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
3000 Sidney Street Suite 200 # USCIS
Pittsburgh PA  15203

Othman Abdulrahman Al Amoudi

**Refer to this file:** NBC*002146917
**Alien Number:**
**Date:** April 19, 2012
**Officer:** Michael Horvath

## CONTINUANCE

Examination of your N400 application shows that additional information, documents or forms are needed before your application can be acted upon. Please **return this letter with the requested information and/or documents by May 19, 2012.**

### Failure to do so may result in the denial of your application.

Submission of this information, however, does not guarantee that this case will be approved. We strongly recommend that you submit all the requested information, documents, or forms as listed on the following pages as soon as possible so that we can resume processing. Any interim benefits that may otherwise stem from the filing of this application or petition will be delayed while this case is in suspense awaiting your response.

If you choose to submit only some or none of the requested information, then the application will be adjudicated on its merits. You may also request, in writing, to the Service that this application be withdrawn. If the district director consents to the withdrawal, the application will be denied without further notice to you and without prejudice to any future application. The withdrawal will constitute a waiver of any review pursuant to Section 336 of the Title 8 Code of Federal Regulations. If the district director does not consent to the withdrawal, then the application shall be adjudicated on its merits.

Form N-14 (Rev. 9/16/97)

Exhibit A

Requested Information, Documents, and/or Forms

Applicant: Othman Abdulrahman Al Amoudi
Application for Naturalization, Form N-400
Alien Number: ▓▓▓▓▓▓▓▓
Application ID: NBC*002146917

Please submit the following information, documents, or forms:

Provide a copy of your voter registration information.

Exhibit A