Voter registered to vote 3 different times & has 3 different Voter ID #'s
1st time in 2002, no voting history, cancelled thru CTR Source in 7-25-2006.
2nd time in 3-8-2008 thru CTR Source, has a voting history from 2008-2012, was sent AxN notice in 7-16-2014 a return response to cancel request by Voter on 7-25-2014.
3rd time in 6-24-2016 thru Penn Dot and still active to Date.

**Voters: Find/Modify Voter**

HERMANOCHE, SUSAN H
002605609-02  Cancelled
Security: Not Restricted   Last Changed: 7/25/2006 11:50:18 A
Voter Hall of Fame ☐   Federal Voter ☐

General | Districts | Votes | Correspondence | Petitions | Changes | Documents | Other | Application

ID Number: 002605609-02
Application Source: UNK
Registered: 07/01/2002
Status-Reason: CANCEL - NOT A CITIZEN
7/1/2002   7/25/2006

Title: —   Last Name: HERMANOCHE   First Name: SUSAN   Middle Name: H   Suffix: —   Maiden Name: —   [Verify]

House #: 1/2   Street Name: [redacted]   Unit: —   Unit #: —   City: PITTSBURGH   State: PA   Zip Code: 15213
Address Line 2: —   Mail Addr Line 1: —   Mail City: —   State: —   Mail Zip: —   Mail Country: —

Email Address: —

BirthDate: [redacted]   Social Sec: —   Driver's Lic.: —   Phone: —   U: ☐   Sex: F   Race: ASIAN   Language: —   Assistance: —

Party: DEMOCRATIC   Other Party: —   Last Voted: [redacted]   Must Vote In Person ☐   Poll Worker ☐   Poll Worker Interest ☐

Precinct Split: 1880405-1   PITTSBURGH 04

[Signature: Susan H. Hermanoche]

Record: 1 of 1

[OK]  [Cancel]

Exhibit B



Exhibit B



Exhibit B



Exhibit B



Exhibit B



| | | | | | 00000-VOT-030-C |
|---|---|---|---|---|---|
| **ALLEGHENY County** | | | | | Friday, September 22, 2017 |

## Voting History for Voter

ID Number (T) IS 021258955-02

| Voter Name: | HERMANOCHE, SUSAN H | | | | | |
|---|---|---|---|---|---|---|
| Id Number: | 021258955-02 | Date Registered: 3/28/2008 | | Voter Status: | CANCEL - REQUEST BY VOTER | |
| Date | Election | Method | Party | Location | Reason | Prec Split |
| 11/06/2012 | 2012 GENERAL ELECTION | AP | D | | | 1880405-1 |
| 11/02/2010 | 2010 GENERAL ELECTION | AP | D | | | 1880405-1 |
| 11/03/2009 | 2009 GENERAL | AP | D | | | 1880405-1 |
| 04/22/2008 | 2008 PRIMARY | AP | D | | | 1880405-1 |

Total Elections for Voter: 4
Total Voters in Report: 1

Exhibit B

Friday, September 22, 2017 12:05 PM

| County | Type of Correspondence Sent | Date Sent | Reply | Reply Date | Type of Reply | Corr ID |
|---|---|---|---|---|---|---|
| 02 | PA - AVN | 7/16/2014 3:36:... | YES | 7/25/2014 12:00... | AVN - RETURN... | 110522743 |
| 02 | PA - NCA (USPS - Unknown Count... | 6/4/2014 11:21:... | NO | 8/15/2014 12:00... | NCA - NON RE... | 107177285 |
| 02 | ID CARD | 3/20/2008 8:25:... | NO | | | 5975568 |

Exhibit B



Exhibit B



Exhibit B



Exhibit B



Exhibit B



**ALLEGHENY County**

00000-VOT-030-C

Friday, September 22, 2017

## Voting History for Voter

ID Number (T) IS 107653960-02

| Voter Name: | HERMANOCHE, SUSAN H | | | | | |
|---|---|---|---|---|---|---|
| Id Number: | 107653960-02 | Date Registered: 7/8/2016 | | Voter Status: | ACTIVE - REGISTERED | |
| Date | Election | Method | Party | Location | Reason | Prec Split |
| 11/08/2016 | 2016 GENERAL ELECTION | AP | D | | | 1880703-1 |

Total Elections for Voter: 1

Total Voters in Report: 1

Exhibit B

Page 1 of 1