# COUNTY OF  ALLEGHENY

**RICH FITZGERALD**
COUNTY EXECUTIVE

Date _1-17-17_

Dear _Felipe Rojas-orta_

You have recently informed this office that you desire to cancel your voter registration
due to the fact that you are not a United States citizen. We have enclosed a copy of your
letter which acknowledges same. Your voter registration has been cancelled.

Please contact this office if you have any questions concerning this matter.

2017 JAN 17  PM 3:36
ALLEGHENY COUNTY
DEPT. OF ELECTIONS

Very truly yours,

Mark Wolosik, Division Manager
Department of Administrative Services
Elections Division

Enclosure



Voter Cancellation Non Citizen

JERRY TYSKIEWICZ, DIRECTOR
**DEPARTMENT OF ADMINISTRATIVE SERVICES — DIVISION OF ELECTIONS**
604 COUNTY OFFICE BUILDING • 542 FORBES AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-4500 • FAX (412) 350-5697 • WWW.ALLEGHENYCOUNTY.US

Exhibit E

**Voters: Find/Modify Voter**

ROJAS-ORTA, FELIPE

102472528-02          Cancelled

Security: Not Restricted ▾          Last Changed 2/19/2016 4:11:00 PM

Federal Voter ☐

General | Districts | Votes | Correspondence | Petitions | Changes | Documents | Other | Application

| ID Number: | Application Source: | Registered: | Status-Reason: |
|---|---|---|---|
| 102472528-02 | DOTIA ▾ | 03/20/2009 | CANCEL - NOT A CITIZEN ▾ |

3/10/2009      1/17/2017

| Title: | Last Name: | First Name: | Middle Name: | Suffix: | Maiden Name: | |
|---|---|---|---|---|---|---|
| ▾ | ROJAS-ORTA | FELIPE | | ▾ | | Verify |

House #: 1/2 | Street Name: | Unit: | Unit #: | City: PITTSBURGH ▾ | State: PA ▾ | Zip Code: 15221 ▾

Address Line 2: | Mail Addr Line 1: | Mail City: ▾ | State: ▾ | Mail Zip: ▾ | Mail Country: ...

Email Address:

BirthDate: | Social Sec: | Driver's Lic.: | Phone: | U: ☐ | Sex: ▾ | Race ▾ | Language: ▾ | Assistance: ▾

Party: DEMOCRATIC ▾ | Other Party: ▾ | Last Voted: 11/08/2016 | Must Vote In Person ☐ | Poll Worker ☐ | Poll Worker Interest ☐

Precinct Split: 2280201-1 ▾ | Insert | Clear

WILKINSBURG 0 ▾

OK          Cancel

Record: 1 of 1

Exhibit E

1-17+17

I wish to cancel my voting registration,
because I am not a citizen

2017 JAN 17 PM 3:36

ALLEGHENY COUNTY
DEPT. OF ELECTIONS

Felipe Rojas Ortz

Tuesday, January 17, 2017 3:14 PM

| Cnty | Date | Election | Method | Party | Location | Reason | Prec Split |
|------|------|----------|--------|-------|----------|--------|------------|
| 02 | 11/8/2016 1... | 2016 GENERAL ELECTION | AP | D | | | 2280201-1 |
| 02 | 11/2/2010 1... | 2010 GENERAL ELECTION | AP | D | | | 2280201-1 |
| 02 | 5/19/2009 1... | 2009 MUNICIPAL PRIMARY | AP | D | | | 2280201-1 |



ALLEGHENY COUNTY
DEPT. OF ELECTIONS

2017 JAN 17 PM 3: 37

Exhibit E



**ALLEGHENY County**

00000-VOT-030-C

Thursday, September 21, 2017

### Voting History for Voter

ID Number  (T) IS 102472528-02

| Voter Name: | ROJAS-ORTA, FELIPE | | | | | | |
|---|---|---|---|---|---|---|---|
| **Id Number:** | 102472528-02 | **Date Registered:** | 3/20/2009 | **Voter Status:** | CANCEL - NOT A CITIZEN | | |
| **Date** | **Election** | | **Method** | **Party** | **Location** | **Reason** | **Prec Split** |
| 11/08/2016 | 2016 GENERAL ELECTION | | AP | D | | | 2280201-1 |
| 11/02/2010 | 2010 GENERAL ELECTION | | AP | D | | | 2280201-1 |
| 05/19/2009 | 2009 MUNICIPAL PRIMARY | | AP | D | | | 2280201-1 |

Total Elections for Voter: 3

Total Voters in Report: 1

Exhibit E

Page 1 of 1

PENN DOT

VOTED 3 TIMES



## Voters: Find/Modify Voter

**ROJAS-ORTA, FELIPE**
**102472528-02**          Cancelled

Security: Not Restricted    Last Changed 2/19/2016 4:11:00 PM

Voter Hall of Fame ☐    Federal Voter ☐

General | Districts | Votes | Correspondence | Petitions | Changes | Documents | Other | Application

**ID Number:** 102472528-02    **Application Source:** DOTIA    **Registered:** 03/20/2009    **Status-Reason:** CANCEL - NOT A CITIZEN

3/10/2009    1/17/2017

**Title:** | **Last Name:** ROJAS-ORTA | **First Name:** FELIPE | **Middle Name:** | **Suffix:** | **Maiden Name:** | Verify

**House #:** 1/2 | **Street Name:** | **Unit:** | **Unit #:** | **City:** PITTSBURGH | **State:** PA | **Zip Code:** 15221

**Address Line 2:** | **Mail Addr Line 1:** | **Mail City:** | **State:** | **Mail Zip:** | **Mail Country:**

**Email Address:**

**BirthDate:** | **Social Sec:** | **Driver's Lic.:** | **Phone:** **U:** ☐ | **Sex:** | **Race** | **Language:** | **Assistance:**

**Party:** DEMOCRATIC | **Other Party:** | **Last Voted:** 11/08/2016 | ☐ Must Vote In Person | ☐ Poll Worker | ☐ Poll Worker Interest

**Precinct Split:** 2280201-1    Insert    Clear
WILKINSBURG 0

OK    Cancel

Record: ◄◄ ◄  1  ►►► of 1

I wish to cancel my voting registration because I am not a citizen.

1-17-17

Felipe Rojas Ortk

Exhibit E