has a voting history.
registered in 2006 thru Penn Dot.
In 1-24-2009 changed address thru Penn DoT.
In 1-24-2013 was cancelled not a citizen unknown Source.
only correspondences were I.D. cards

## Voters: Find/Modify Voter

**MALHOTRA, PARSHANT**
020799048-02   Cancelled
Security: Not Restricted   Last Changed: 2/5/2009 10:20:00 AM
Voter Hall of Fame ☐   Federal Voter ☐

**General** | Districts | Votes | Correspondence | Petitions | Changes | Documents | Other | Application

| ID Number: | Application Source: | Registered: | Status-Reason: |
|---|---|---|---|
| 020799048-02 | DOTIC | 09/03/2006 | CANCEL - NOT A CITIZEN |

8/11/2006   1/24/2013

| Title: | Last Name: | First Name: | Middle Name: | Suffix: | Maiden Name: |
|---|---|---|---|---|---|
|  | MALHOTRA | PARSHANT |  |  |  |

Verify

| House #: 1/2 | Street Name: | Unit: | Unit #: | City: | State: | Zip Code: |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | CARNEGIE | PA | 15106 |

| Address Line 2: | Mail Addr Line 1: | Mail City: | State: | Mail Zip: | Mail Country: |
|---|---|---|---|---|---|

Email Address:

| BirthDate: | Social Sec: | Driver's Lic.: | Phone: | U: ☐ | Sex: | Race: | Language: | Assistance: |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ |  |  | M |  |  |  |

| Party: | Other Party: | Last Voted: | Must Vote In Person ☐ | Poll Worker ☐ |
|---|---|---|---|---|
| DEMOCRATIC |  | 04/22/2008 |  | Poll Worker Interest ☐ |

Precinct Split:
1180203-1
CARNEGIE 02 03

*[signature: Port]*

OK   Cancel

Record: 1 of 1

Exhibit F



**ALLEGHENY County**

00000-VOT-030-C
Friday, September 22, 2017

## Voting History for Voter

ID Number  (T) IS 020799048-02

| Voter Name: | MALHOTRA, PARSHANT | | | | | |
|---|---|---|---|---|---|---|
| Id Number: | 020799048-02 | Date Registered: 9/3/2006 | | Voter Status: | CANCEL - NOT A CITIZEN | |
| Date | Election | Method | Party | Location | Reason | Prec Split |
| 04/22/2008 | 2008 PRIMARY | AP | D | | | 1980701-1 |
| 05/15/2007 | 2007 MUNICIPAL PRIMARY ELECTION | AP | D | | | 1980701-1 |

Total Elections for Voter: 2
Total Voters in Report: 1

Exhibit F

Page 1 of 1



Exhibit F



Exhibit F



Exhibit F



Exhibit F