# COUNTY OF  ALLEGHENY

**RICH FITZGERALD**
COUNTY EXECUTIVE

Date  1-26-18

Dear  Alfredo J Lopez, Figallo

You have recently informed this office that you desire to cancel your voter registration due to the fact that you are not a United States citizen. We have enclosed a copy of your letter which acknowledges same. Your voter registration has been cancelled.

Please contact this office if you have any questions concerning this matter.

Very truly yours,

Mark Wolosik, Division Manager
Department of Administrative Services
Elections Division

Enclosure

Roberta Kaba



Voter Cancellation Non Citizen

JERRY TYSKIEWICZ, DIRECTOR
**DEPARTMENT OF ADMINISTRATIVE SERVICES — DIVISION OF ELECTIONS**
604 COUNTY OFFICE BUILDING • 542 FORBES AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-4500 • FAX (412) 350-5697 • WWW.ALLEGHENYCOUNTY.US

Exhibit G

ALFREDO LOPEZ FIGALLO

[redacted]

On the day I was getting my Drivers License I registered to vote. My understanding was ~~was~~ that as a permanent residence of the USA I could vote locally.
I did not realized that I was no allowed to register in the first place.

*[signature]*

01/26/2018

2018 JAN 26  AM 10:03
DEPT. OF ELECTIONS

Exhibit G



Exhibit G