## AFFIDAVIT

State of Pennsylvania       )
                            ) SS:
County of Dauphin           )


Before me the subscribers personally appeared Mary Kerns to me known, being duly sworn according to law, doth depose and say on February 28, 2018 @ 2:08 p.m., I served the Acting Secretary of State of the Commonwealth, Robert Torres, in the matter of the United States Middle District Court of Pennsylvania Case 1:18-cv-00463-CCC; The Public Interest Legal Foundation v. Robert Torres, in his official capacity as Acting Secretary of the Commonwealth of Pennsylvania, and Jonathan M. Marks, in his official capacity as Commissioner of the Bureau of Commissions, Elections and Legislation I handed the Summons and Complaint with Exhibits to Jason McMurry, Legal Counsel, who accepted these documents for Robert Torres. And further deponent sayeth not.


Mary Kerns
5235 N. Front St.
Harrisburg, PA 17110


Sworn and subscribed before me this
28 day of February 2018

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Shelly Jo Thomas, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Oct. 18, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES