# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 1:18-CV-00463 |
| | : | |
| ROBERT TORRES, in his official Capacity as Acting Secretary of the Commonwealth of Pennsylvania, and JONATHAN M. MARKS, in his official Capacity as the Commissioner of the Bureau of Commissions, Elections and Legislation, | : | CHIEF JUDGE CONNER |
| | : | |
| | : | ELECTRONICALLY FILED |
| | : | |
| Defendants. | : | |

_____

## DEFENDANTS' MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(b)

_____

Defendants Robert Torres, Acting Secretary of the Commonwealth of Pennsylvania, and Jonathan M. Marks, Commissioner of the Bureau of Commissions, Elections and Legislation, by and through their undersigned counsel, hereby move to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure. In support of this Motion, Messrs.

Torres and Marks rely on their supporting memorandum of law which will be filed within 14 days pursuant to Rule 7.5 of the Local Rules of Court.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Counsel for Defendants,
Robert Torres and Jonathan M. Marks

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Dated:  March 21, 2018

**CERTIFICATE OF NONCONCURRENCE**

I, Daniel T. Brier, hereby certify that I sought the concurrence of counsel for Plaintiff, Linda A. Kerns, Esquire, in this Motion. Ms. Kerns does not concur.

/s/ Daniel T. Brier

Date: March 21, 2018

# CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Motion To Dismiss was served upon the following counsel of record via the Court's ECF system on this 21st day of March, 2018:

> J. Christian Adams, Esquire
> Noah H. Johnson, Esquire
> Public Interest Legal Foundation
> 32E Washington Street
> Suite 1675
> Indianapolis, IN  46204
>
> Linda A. Kerns, Esquire
> Law Offices of Linda A. Kerns, LLC
> 1420Locust Street, Suite 200
> Philadelphia, PA  19102

/s/ Daniel T. Brier