**United States District Court**
**Middle District of Pennsylvania**
**Harrisburg Division**

| | |
|---|---|
| **The PUBLIC INTEREST LEGAL FOUNDATION** <br><br> *Plaintiff*, <br><br> v. <br><br> **ROBERT TORRES, in his official capacity as Acting Secretary of the Commonwealth of Pennsylvania, and JONATHAN M. MARKS, in his official capacity as the Commissioner of the Bureau of Commissions, Elections, and Legislation** <br><br> *Defendants*. | No. 1:18-cv-00463-CCC |

**[PROPOSED] ORDER ON JOINT MOTION FOR**
**TELEPHONE STATUS CONFERENCE**

Upon consideration of the Joint Motion for Telephone Status Conference, the Court is of the opinion that such Motion should be GRANTED.

SIGNED on _____, 20___.

                                                   _____
                                                  Hon. Christopher C. Conner
                                                  United States District Court Judge