# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE PUBLIC INTEREST LEGAL FOUNDATION,** | : | CIVIL ACTION NO. 1:18-CV-463 |
| | : | |
| | : | (Chief Judge Conner) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **ROBERT TORRES,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 5th day of September, 2018, following a telephonic case management conference convened in this matter on today's date, it is hereby ORDERED that issuance of a case management order is DEFERRED pending disposition of defendants' motion (Doc. 10) to dismiss.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania